ERIC GRANT
United States Attorney
TARA AMIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
Email:  Tara.Amin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, the STATES OF CALIFORNIA, GEORGIA, MICHIGAN, OKLAHOMA, TENNESSEE, and TEXAS, *ex rel.* DANIEL BOCANEGRA,<br><br>Plaintiffs/Relator,<br><br>v.<br><br>HOSPICE SOURCE, LLC; NATIONAL HME, INC.; and TRANSITION CAPITAL PARTNERS, LLC,<br><br>Defendants. | CASE NO.  2:25-cv-1848-JDP<br><br>[PROPOSED] ORDER |

The United States has declined to intervene in this *qui tam* action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B).  The State of California ("California"), has declined to intervene in this action pursuant to the California False Claims Act, California Government Code section 12652, subdivision (c)(6)(B), and the other named plaintiff States of Georgia, Michigan, Oklahoma, Tennessee, and Texas (collectively "States"), have indicated to California that they join in California's Notice of Election to Decline Intervention.

Accordingly, it is hereby ORDERED that:

1.  The relator's complaint, the summons, the United States and California's notices of election to decline intervention be unsealed.

[PROPOSED] ORDER                                                                                          1

2.  All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants.

3.  The seal be lifted as to all other matters occurring in this action after the date of this Order.

4.  The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided in 31 U.S.C. § 3730(c)(3).

5.  To the extent required by the States' respective False Claims Acts, the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the States

6.  The United States and the States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time.

7.  The parties shall serve all notices of appeal upon the United States and the States;

8.  All orders of this Court shall be sent to the United States and California; and

9.  Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, they shall provide the United States and the States with notice of the proposal. The Court will provide the United States and the States with an opportunity to be heard before ruling or granting its approval.

10.  The relator shall serve a copy of this order on States of Georgia, Michigan, Oklahoma, Tennessee, and Texas within fourteen days and shall file, within seven days thereafter, a declaration verifying such service.

IT IS SO ORDERED.


Dated:    March 27, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE