UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | Case No.  2:25-cv-1848-JDP |
| Plaintiffs-Relator, | |
| v. | ORDER |
| HOSPICE SOURCE, LLC, *et al.*, | |
| Defendants. | |

Pending before the court is relator's notice to voluntarily dismiss this qui tam action with prejudice as to relator's rights and without prejudice as to the rights of the United States and the plaintiff States.  ECF No. 12.

In the context of a qui tam action, dismissal under Federal Rule of Civil Procedure Rule 41 is subject to constraints imposed by the False Claims Act, namely that "the court and the Attorney General [must] give consent to the dismissal and their reasons for consenting."  31 U.S.C. § 3730(b).  Here, the government has filed a notice providing the Attorney General's consent to dismissal, as well as its reasons for consenting to dismissal.  *See* ECF No. 13 at 1 ("[D]ismissal is commensurate with the public interest and [] the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.").  The court finds the government's basis for dismissal sound and adopts the same reasons.

1

Federal Rule of Civil Procedure 41 provides that a plaintiff may voluntarily dismiss an action without a court order by filing:

(i)     a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii)    a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

Because no defendants have filed an answer or motion for summary judgment, and because the court finds the parties have fulfilled the requirements of 31 U.S.C. § 3730(b)(1), this action is dismissed.

Accordingly, it is hereby ORDERED that this action is DISMISSED with prejudice as to the rights of relator and without prejudice as to the rights of the United States and the plaintiff States pursuant to Federal Rule of Civil Procedure 41(a)(1) and the Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:    April 30, 2026                                     
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2